IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RONALD G. LINDSEY, SR.
ADC #114841                                                                           PLAINTIFF

v.                                     No. 4:13-cv-176-DPM-HDY

REED *et al.*                                                                         DEFENDANTS

## ORDER

Plaintiff has submitted this 42 U.S.C. §1983 case for filing in this district. But from the facts alleged and the Defendants named, venue properly lies in the Western District of Arkansas. 28 U.S.C. §1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case there. 28 U.S.C. § 1406(a). The Clerk is therefore directed to immediately[*] transfer the entire case file to the United States District Court for the Western District of Arkansas.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

4 April 2013

---

[*] There is no need to delay the transfer because both courts are within the Eighth Circuit. *In re Nine Mile Ltd.*, 673 F.2d 242, 243 (8th Cir. 1982).